# Order

Michigan Supreme Court
Lansing, Michigan

March 7, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

155196(78)

MICHIGAN GUN OWNERS, INC. and
ULYSSES WONG,
      Plaintiffs-Appellants,

v

ANN ARBOR PUBLIC SCHOOLS and
JEANICE K. SWIFT,
      Defendants-Appellees.
_____/

SC: 155196
COA: 329632
Washtenaw CC: 15-000427-CZ

On order of the Chief Justice, the motion of the Michigan Coalition for Responsible Gun Owners Foundation to extend the time for filing a brief amicus curiae is GRANTED. The amicus brief will be accepted for filing if submitted on or before March 13, 2018.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 7, 2018



Clerk